UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:07MJ5031 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DETENTION ORDER |
| | ) | |
| MARK BILLEY | ) | |
| | ) | |
| Defendant. | ) | Magistrate Judge James S. Gallas |
| | ) | |

The government has moved to detain defendant. Defendant is represented by counsel and has been advised of the nature of the charge and the right to a detention hearing on the government's motion. Defendant with advice of counsel knowingly and voluntarily waives the right to a detention hearing and consents to be detained without bail during the pendency of this action.

The Court after considering the above waiver and pretrial services report, orders the case bound over to the grand jury for further proceedings, and orders defendant detained pursuant to Title 18 U.S.C. §3142(e) and ( i).

2

Pursuant to 18 U.S.C. §3142(i)(2)-(4), the Court directs that:

The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

The defendant be afforded reasonable opportunity for private consultation with counsel; and

That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated:  April 30, 2007

s/James S. Gallas<br>United States Magistrate Judge